UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Marcus Abrams,

        Plaintiff(s),

  -against-

UY Trading Ltd. (#10020400), et al,

        Defendant(s).
-------------------------------------------------------X

Case No. 1:20-cv-05174

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                                 S.S.:
COUNTY OF NEW CASTLE)

        GRANVILLE MORRIS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 27th day of July, 2020, at approximately 1:15 PM, deponent served a true copy of the Summons in a Civil Action, Complaint and Civil Cover Sheet upon SEP CONSULTING LTD. c/o United States Corporation Agents, Inc. at 221 N Broad Street, Suite 3A, Middletown, Delaware, by personally delivering and leaving the same with Shaneal Simmons, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        Shaneal Simmons is a black female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weighs approximately 130 pounds with black hair.

_/s/ Granville Morris_
GRANVILLE MORRIS

Sworn to before me this
28th day of July, 2020

_/s/ Kevin Dunn_
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

Metro Attorney Service Inc. 305 Broadway 7th Floor New York New York 10007  212.822.1421  NYC DCA# 1320502