UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Marcus Abrams,

        Plaintiff(s),                            Case No. 1:20-cv-05174

    -against-                             AFFIDAVIT OF SERVICE

UY Trading Ltd. (#10020400), et al,

        Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK  )
                            S.S.
COUNTY OF NEW YORK)

        RICARDO DELPRATT, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 24th day of July, 2020, at approximately the time of 1:29 PM, deponent attempted to serve a true copy of the Summons in a Civil Action, Complaint and Civil Cover Sheet upon SANDRA PIEDRABUENA at 45 West 70th Street, New York, New York, but received no response to repeated knocks on the door and rings of the bell.

        That on the 27th day of July, 2020, at approximately the time of 8:42 PM, deponent again attempted to serve a true copy of the Summons in a Civil Action, Complaint and Civil Cover Sheet upon SANDRA PIEDRABUENA at 45 West 70th Street, New York, New York, but again received no response to repeated knocks on the door and rings of the bell.

        That on the 18th day of July, 2020, at approximately the time of 8:26 AM, deponent again attempted to serve a true copy of the Summons in a Civil Action, Complaint and Civil Cover Sheet upon SANDRA PIEDRABUENA at 45 West 70th Street, New York, New York, but again received no response to repeated knocks on the door and rings of the bell.

        That on the 27th day of August, 2020, at approximately the time of 3:15 PM, deponent again attempted to serve a true copy of the Summons in a Civil Action, Complaint and Civil Cover

Sheet upon SANDRA PIEDRABUENA at 45 West 70th Street, New York, New York, but again received no response to repeated knocks on the door and rings of the bell. At that time, therefore, deponent served a true copy of the foregoing papers upon SANDRA PIEDRABUENA by firmly affixing the same conspicuously on the front door at that address, the actual place of residence.

That on the 28th day of August, 2020, deponent served another copy of the foregoing upon SANDRA PIEDRABUENA by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

SANDRA PIEDRABUENA
45 West 70th Street
New York, New York 10023


_____
RICARDO DELPRATT #2094495

Sworn to before me this
28th day of August, 2020


_____
NOTARY PUBLIC

DOMINIC DELLAPORTE
Notary Public, State of New York
No. 01DE6052212
Qualified in Nassau County
Commission Expires December 11, 20___