

# STEINVURZEL & LEVY LAW GROUP



**MEMO ENDORSED**

34 SOUTH BROADWAY, SUITE 210
WHITE PLAINS, NEW YORK 10601
(914) 288-0102
FACSIMILE: (914) 288-0103
WWW.STEINLEVY.COM

February 19, 2021

**VIA ECF**

The Honorable Louis Stanton, U.S.D.J.
United States Courthouse
Southern District of New York
500 Pearl St., Room 21C
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/21
```

Re:   Abrams v. UY Trading Ltd. et al
      Civil Action No.: 1:20-cv-05174-LLS

Dear Judge Stanton:

   I am a principal of the law firm of Steinvurzel & Levy Law Group, the attorneys for plaintiff Marcus Abrams ("Plaintiff") with respect to the above-referenced action. Pursuant to your Honor's Individual Practices, we write to respectfully request an adjournment of the virtual conference scheduled for February 26, 2021 at 2:30p.m. to March 12, 2021 at a convenient time for Your Honor. This request is made with consent from all Defendants and is made for personal reasons of Plaintiff's counsel. This is the first request for an adjournment of the initial conference.

   We thank the Court for its attention to this matter.

Respectfully submitted,

*[signature]*

Alexander M. Levy

cc:   All counsel of record (via ECF)

*Handwritten endorsement:* 2:30 pm / So Ordered / Louis L. Stanton / 2/19/21