UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcus Abrams,
                   Plaintiff,

v.

UY Trading Ltd. (#10020400), UY Trading Ltd.(# 10086420), SEP Consulting Ltd., Sandra Piedrabuena, Russell Abrams, Titan Capital Group LLC, Titan Capital Group III, LP, and Titan Capital Group Ill, LP Employee Incentive Plan,
                   Defendants.

20-cv-05174 (LLS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 7/18/22

     In light of defendants' current counsel's letter explaining the imminent change in defendants' representation, the Court agrees that a short extension of the briefing schedule regarding plaintiff's order to show cause for an order of attachment is appropriate.

     As such, the order to show cause hearing shall now be held at 12:00 P.M. on Thursday, August 4, 2022. Defendants' answering papers shall be due by 12:00 P.M. on Wednesday, August 3, 2022, and reply papers, if any, shall be due by 10:00 A.M. on Thursday, August 4, 2022.

     The Temporary Restraining Order entered by the Court on July 15, 2022 at 3:07 PM (Dkt. No. 49) and set to expire fourteen (14) days thereafter will be extended, for good cause, until the conclusion of the August 4, 2022 hearing, to preserve the status quo while allowing defendants a full and fair opportunity to oppose plaintiff's request with the counsel of their choosing.

-1-

So Ordered.

Dated:   New York, New York
         July 18, 2022

                                    _____
                                    LOUIS L. STANTON
                                    U.S.D.J.

-2-