✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN  District of  NEW YORK

| | |
|---|---|
| MARCUS ABRAMS<br>Plaintiff (s),<br>V.<br>UY TRADING LTD. et. al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 20-cv-5174 (LLS) |

Notice is hereby given that, subject to approval by the court, DEFENDANTS UY TRADING LTD. (#10020400), UY TRADING LTD. (#10066420), SEP CONSULTING LTD., SANDRA PIEDRABUENA, RUSSELL ABRAMS, TITAN CAPITAL GROUP LLC, TITAN CAPITAL GROUP III, LP, and TITAN CAPITAL GROUP III, LP EMPLOYEE INCENTIVE PLAN substitutes
(Party (s) Name)

Glenn P. Berger, Jaffe & Asher LLP , State Bar No. 2017200 as counsel of record in
(Name of New Attorney)

place of Gregory O. Tuttle, David G. Skillman, Tuttle Yick LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Jaffe & Asher LLP
Address:       600 Third Avenue, 24th Floor, New York, New York 10016
Telephone:     (212) 687-3000          Facsimile  (212) 687-9639
E-Mail (Optional): gberger@jaffeandasher.com

I consent to the above substitution.                                    SEE ATTACHED APPENDIX
Date:
                                                                         (Signature of Party (s))

I consent to being substituted.
Date:    7/26/2022
                                                                         (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    7/26/22
                                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## APPENDIX TO CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | UY Trading Ltd. (#10020400)<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | UY Trading Ltd. (#10086420)<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | SEP Consulting Ltd.<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | Sandra Piedrabuena<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | Russell Abrams<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | Titan Capital Group LLC<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | Titan Capital Group III, LP<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |
| I consent to the above substitution<br><br>Date: Jul 27, 2022 | Titan Capital Group III, LP Employee Incentive Plan<br><br>Russell abrams (Jul 27, 2022 10:35 EDT)<br>(Signature of Party) |