# EXHIBIT B

 | Home | QuantLaw Competitive Edge | The Genesis Engine | Team | Resources |  

# Marc Abrams
## Founder, Chief Executive Officer

Marc Abrams taps his legal, entrepreneurial and asset management experience in leading QuantLaw in establishing legal finance as an investable asset class.

Marc has over 25 years of experience as an innovator. He's co-founded two successful quantitative driven investment companies and executed over $1.5 billion in institutional transactions. Most recently, in 2017 working with a prior personal investment, Marc devised the auto fleet manager's evolution into the first nonbank, digital, asset backed, and inflation indexed, lending platform in Argentina. He also devised the company's "rent-to-own" program which assists women becoming entrepreneurs; along with a new credit card linked to automobile loans to access the significant unbanked population.

Marc's advised and creatively structured investments across the alternative and traditional asset spectrum, including devising a bi-furcated risk structure for a medical cannabis start-up that subsequently won one of four state licenses in January 2014. In 2000 Marc co-founded the first pure play, option arbitrage fund and developed three successful follow-on fund products. He left the firm in 2009 to focus on his personal investments. From 2002 to 2007 Marc also served on the California State Controller's Advisory Council for Alternative Investments. Marc is currently a Member of the New York State Bar Association and earned his Juris Doctorate from New York University School of Law after achieving the rank of #2 in his first-year law school class. He earned a BA from Boston University in Political Science and Economics where he first became interested in the field of Economic Analysis of Legal Issues. He lives with his wife, a former museum curator of contemporary African Art, and Navy veteran, and their three young children in a suburb outside New York City.

# Michael Ornstein
## Founder, Chief Data Officer

Michael is responsible for the legal AI Tech-engine and leads the analytics and quant analysis. Prior, Michael was the Chief Analyst for Altria Israel, where built a consumer engagement model for millions of consumers, dramatically improving business results. Michael graduated from Tel Aviv University with a Masters degree (with Excellence) in Economics & undergraduates in Computer Science and Economics.

# Boaz Dombrover
## Founder, Chief Technology Officer

Boaz is QuantLaw's CTO and is leading company's Data Management Strategy and Execution. Boaz brings 24 years experience as a Hands-on system architect and CTO. Led Altria Israel database infrastructure design build and

implementation. Boaz holds an executive MBA from the Recanati Tel Aviv University Management School. Boaz

 | Home | QuantLaw Competitive Edge | The Genesis Engine | Team | Resources |  

## Founder, Chief Operations Officer

Tsahi is responsible for QuantLaw's ongoing operations, infrastructure & business build. Tsahi has extensive experience in business analytics, strategy & corporate finance teams. Tsahi built and led Altria Israel's data and analytics business & teams. Tsahi holds a BA in Economics from the Technion – Israel's institute of Technology, and an MBA from the Tel Aviv university.

**QuantLaw Corporation**
For More information:
info@quantlawcorp.com
NY, NY USA
© 2022 by QuantLaw Corporation

**QuantLaw Ltd. (Israel)**
For More information:
info@quantlawcorp.com
Tel Aviv, Israel