# JAFFE & ASHER LLP

ATTORNEYS AT LAW

PLEASE RESPOND TO WHITE PLAINS OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
212-687-3000
TOLL FREE 888-625-9895

ESTABLISHED 1974
WWW.JAFFEANDASHER.COM

445 HAMILTON AVENUE, SUITE 405
WHITE PLAINS, NY 10601
TEL 212-687-3000
FAX 914-437-8076

# MEMO ENDORSED

April 11, 2023

**BY ECF**

Hon. Louis L. Stanton, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 21C
New York, NY 10007

      **Re:   Abrams v. UY Trading Ltd. et al.**
            **Case No. 20-cv-5174**

*[Handwritten: No objection. granted. Louis L. Stanton 4/24/23]*

Dear Judge Stanton:

      Pursuant to the Court's Order dated January 6, 2023, your Honor granted Jaffe & Asher LLP's motion to withdraw as counsel for Defendants "effective upon defendants' completion of production of documents and other materials in compliance with the plaintiff's demands."

      I write to advise the Court that Jaffe & Asher LLP has exhausted its efforts to complete Defendants' document production. Specifically, Defendants have addressed the discovery deficiencies identified by Plaintiff's counsel in his letter to me dated February 22, 2023 in two ways. First, Defendants produced additional documents. Second, Defendant Sandra Piedrabuena has provided a Declaration testifying that Defendants have produced all documents responsive to Plaintiff's document request in their possession, custody or control. We prepared a substantially similar declaration for Defendant Russell Abrams, but he has not signed it.

      Moreover, not only have we exhausted our efforts to complete Defendants' document production, but it is now impossible for us to represent Defendants any further. Jaffe & Asher LLP filed suit against Russell Abrams and Sandra Piedrabuena to recover unpaid legal fees in this case and others in a lawsuit styled *Jaffe & Asher LLP v. Russell Abrams and Sandra Abrams, a/k/a Sandra Piedrabuena*, filed in the Supreme Court of New York, County of New York, Index No. 651270/2023.

      Accordingly, we respectfully request that the Court determine that Jaffe & Asher LLP is no longer required to represent Defendants in any capacity, including with any continued production of documents and other materials in compliance with Plaintiff's demands.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
                    4/25/23

CALIFORNIA      FLORIDA      GEORGIA      NEW JERSEY      TEXAS

      We thank your Honor for the Court's consideration of this request.

Respectfully yours,

s/ Gregory E. Galterio, Esq.<br>Gregory E. Galterio, Esq.

cc:    All counsel (via ECF)

Hon. Louis L. Stanton, U.S.D.J.
April 11, 2023
Page 2

We thank your Honor for the Court's consideration of this request.

Respectfully yours,

s/ Gregory E. Galterio, Esq.
Gregory E. Galterio, Esq.

cc:    All counsel (via ECF)