```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

                Plaintiff,

      - against -

UY TRADING LTD. (#10020400); UY TRADING LTD. (#10086420); SEP CONSULTING LTD.; SANDRA PIEDRABUENA; RUSSELL ABRAMS; TITAN CAPITAL GROUP LLC; TITAN CAPITAL GROUP III, LP; and TITAN CAPITAL GROUP III, LP EMPLOYEE INCENTIVE PLAN,

                Defendants.

20 Civ. 05174 (LLS)

ORDER

    For reasons stated in plaintiff's letter dated April 25, 2023, plaintiff may move for a default judgment against any corporate defendant who does not appear by counsel, or any individual defendant who does not appear by counsel or pro se, on or before Monday, June 5, 2023.

    So Ordered.

Dated:    New York, New York
           May 5, 2023

                                       *Louis L. Stanton*
                                  LOUIS L. STANTON
                                     U.S.D.J.