UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcus Abrams,

           Plaintiff,

    v.

UY Trading Ltd. (#10020400), UY Trading Ltd. (#10086420), SEP Consulting Ltd., Sandra Piedrabuena, Russell Abrams, Titan Capital Group LLC, Titan Capital Group III, LP, and Titan Capital Group III, LP Employee Incentive Plan,

           Defendants.

Case No. 20-cv-5174 (LLS)

**CLERK'S CERTIFICATE OF DEFAULT**

     I, RUBY J. KRAJICK, Clerk of the United States District court for the Southern District of New York, do hereby certify that this action was commenced on July 7, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant SEP Consulting Ltd. by personally serving Shaneal Simmons, on defendants Titan Capital Group, III, LP and Titan Capital Group LLC by personally serving Nancy Dougherty, on defendants Sandra Piedrabuena, Russell Abrams, and Titan Capital Group III, LP Employee Incentive Plan as described in the proofs of service filed on August 19 and September 29, 2020 as Doc. Nos. 7-9 and 12-14.  I further certify that all defendants, including the UY Trading defendants, appeared by counsel and stipulated not to assert and to waive any and all defenses relating to the service of process and did agree to accept service, as upon their then-counsel Peter Kirwin, Esq., as described in the October 2, 2020 Stipulation and Order, Doc. No. 17.  I certify that defendants were to appear by counsel by June 5, 2023 per the Court's Order, Doc. No. 102.  I further certify that the docket entries indicate that the defendants have not appeared as required herein.

Dated: New York, New York
June 6 , 2023

                                         RUBY J. KRAJICK
                                         Clerk of Court

BY _____
                                      Deputy Clerk