UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
MARCUS ABRAMS,

                    Plaintiff,

          vs.                                        No. 1:20-cv-05174-LLS

UY TRADING LTD. (#10020400), UY TRADING LTD.
(#10086420), SEP CONSULTING LTD., SANDRA
PIEDRABUENA, RUSSELL ABRAMS, TITAN
CAPITAL GROUP LLC, TITAN CAPITAL GROUP III,
LP, and TITAN CAPITAL GROUP III, LP, EMPLOYEE
INCENTIVE PLAN,

                    Defendants.
```

## AFFIRMATION OF SERVICE

I, Justin Stone, declare under penalties of perjury that I caused to be served a copy of

Plaintiff's Motion for Default Judgment as to all Defendants, the Memorandum of Law in Support

of the Motion for Default Judgment, the Declaration of Marcus Abrams in Support of the Motion

for Default Judgment, and the Declaration of James R. Serritella, Esq. in Support of the Motion

for Default Judgment upon all the Defendants in this case on June 23, 2023 by first-class mail to

the following addresses:

Russell Abrams
Sandra Abrams
5801 SW 128th Street
Miami, FL 33156

SEP Consulting Ltd.
c/o Stuardo & Associates
800 Third Avenue, 10th Floor
New York, NY 10022

UY Trading Ltd. (#10020400)
UY Trading Ltd. (#10086420)
45 W. 70th Street
New York, NY 10023

Titan Capital Group LLC
Titan Capital Group III, LP
Titan Capital Group III, LP Employee Incentive Plan
405 Lexington Avenue, 51st Floor
New York, NY 10174

Dated:  New York, New York
         July 5, 2023

KIM & SERRITELLA LLP

By:   /s/ Justin Stone
      Justin Stone
      110 W. 40th Street, 10th Floor
      New York, NY 10018
      (212) 287-7148
      jstone@kandslaw.com

      *Attorneys for Plaintiff*