**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARCUS ABRAMS,

                Plaintiff,

                20 **CIVIL** 5174 (LLS)

      -against-              **DEFAULT JUDGMENT**

UY TRADING LTD. *(#10020400)*, SEP CONSULTING LTD., UY TRADING LTD. *(#10086420)*, SANDRA PIEDRABUENA, RUSSELL ABRAMS, TITAN CAPITAL GROUP LLC, TITAN CAPITAL GROUP III, LP EMPLOYEE INCENTIVE PLAN, TITAN CAPITAL GROUP III, LP,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Endorsement dated September 7, 2023, Marcus Abrams is entitled to damages of $16,544,709.00 and prejudgment interest of $9.954,022.18 for a total of $26,498,731.18.and the case is closed.

**DATED**: New York, New York

      September 7, 2023

                                        **RUBY J. KRAJICK**
                                        Clerk of Court

                 **BY**: _____
                                        **Deputy Clerk**