ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

              Plaintiff,

- against -

UY TRADING LTD. (#10020400), UY
TRADING LTD. (#10086420), SEP
CONSULTING LTD., SANDRA PIEDRABUENA,
RUSSELL ABRAMS, TITAN CAPITAL GROUP
LLC, TITAN CAPITAL GROUP III, LP, and
TITAN CAPITAL GROUP III, LP EMPLOYEE
INCENTIVE PLAN,

              Defendants.

20 Civ. 05174 (LLS)

ORDER

The last sentence of the Court's March 15, 2024 order is amended to read as follows: "However, plaintiff's counsel shall hold as a trustee for defendants, and neither transfer nor dispose of, the proceeds plaintiff obtains from that enforcement in escrow until the Motion to Vacate Judgment is resolved."

So ordered.

Dated:   New York, New York
        March 27, 2024

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

                Plaintiff,

- against -

UY TRADING LTD. (#10020400), UY TRADING LTD. (#10086420), SEP CONSULTING LTD., SANDRA PIEDRABUENA, RUSSELL ABRAMS, TITAN CAPITAL GROUP LLC, TITAN CAPITAL GROUP III, LP, and TITAN CAPITAL GROUP III, LP EMPLOYEE INCENTIVE PLAN,

                Defendants.

20 Civ. 05174 (LLS)

ORDER

A hearing to show cause why an order should not be made vacating the default judgment entered against defendants on September 7, 2023 and the award of attorneys' fees entered against defendants on November 6, 2024 (the "Motion to Vacate Judgement") shall be held on April 3, 2024 at 2:00 pm.

Opposition papers are due March 29, 2024. Any reply papers are due April 2, 2024.

Pending the hearing and determination of the Motion to Vacate Judgment, plaintiff is not restrained from enforcing the default judgment. However, plaintiff shall hold as a trustee for his brother, and neither transfer nor dispose of, the proceeds plaintiff obtains from that enforcement until the Motion to Vacate Judgment is resolved.

So ordered.

Dated:   New York, New York
         March 15, 2024

_Louis L. Stanton_
LOUIS L. STANTON
U.S.D.J.