```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

                Plaintiff,

      - against -

UY TRADING LTD. (#10020400), UY TRADING LTD. (#10086420), SEP CONSULTING LTD., SANDRA PIEDRABUENA, RUSSELL ABRAMS, TITAN CAPITAL GROUP LLC, TITAN CAPITAL GROUP III, LP, and TITAN CAPITAL GROUP III, LP EMPLOYEE INCENTIVE PLAN,

                Defendants.

20 Civ. 05174 (LLS)

ORDER

For the reasons stated on the record at the Order to Show Cause Hearing on May 15, 2024, defendants' Motion to Vacate the Default Judgment is granted, and the Default Judgment is vacated.

So ordered.

Dated:    New York, New York
           May 16, 2024

                                      Louis L. Stanton
                                      LOUIS L. STANTON
                                      U.S.D.J.