ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

              Plaintiff,

    - against -

UY TRADING LTD. (#10020400), UY
TRADING LTD. (#10086420), SEP
CONSULTING LTD., SANDRA PIEDRABUENA,
RUSSELL ABRAMS, TITAN CAPITAL GROUP
LLC, TITAN CAPITAL GROUP III, LP, and
TITAN CAPITAL GROUP III, LP EMPLOYEE
INCENTIVE PLAN,

             Defendants.

20 Civ. 05174 (LLS)

ORDER

    Upon receipt of Mr. Singer's Order to Show Cause to withdraw as defendants' counsel, the Court sets the following briefing schedule:

    Any opposition papers are due May 31, 2024.

    Any reply papers are due June 7, 2024.

    Upon consideration of any submissions, the Court will determine whether a hearing is desirable, or the application should be granted as routine.

    Mr. Singer is directed to provide service to defendants of any and all papers and orders related to his Motion to Withdraw. Service must be completed by all methods provided for in the federal rules of civil procedure and the local rules of this Court. Service by mail shall be addressed to defendants' last known address, represented to this Court to be: 7355 SW 104 Street, Miami, FL 33156. Service of this motion must additionally be completed by email at r26abrams@gmail.com, sandrabrams77@gmail.com, russellabrams@hotmail.com, and sandrapiedrabuena06@gmail.com, all of which have been presented to this Court as viable e-mail addresses. Mr. Singer must file proof of such service with the Court.

    Mr. Singer is additionally directed to update defendants' address with the clerk of this court.

So ordered.

Dated:   New York, New York
         May 23, 2024

                                    _____
                                         Louis L. Stanton
                                        LOUIS L. STANTON
                                            U.S.D.J.