ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MARCUS ABRAMS,

        Plaintiff,

- against -

UY TRADING LTD. (#10020400), UY
TRADING LTD. (#10086420), SEP
CONSULTING LTD., SANDRA PIEDRABUENA,
RUSSELL ABRAMS, TITAN CAPITAL GROUP
LLC, TITAN CAPITAL GROUP III, LP, and
TITAN CAPITAL GROUP III, LP EMPLOYEE
INCENTIVE PLAN,

        Defendants.

20 Civ. 05174 (LLS)

ORDER

    Mr. Singer's motion to withdraw as defendants' counsel is granted. Plaintiff's counsel is directed to serve a copy of this order upon defendants.

    So ordered.

Dated:    New York, New York
          June 11, 2024

                                Louis L. Stanton
                                LOUIS L. STANTON
                                    U.S.D.J.