ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

                      Plaintiff,

      - against -

UY TRADING LTD. (#10020400), UY
TRADING LTD. (#10086420), SEP
CONSULTING LTD., SANDRA PIEDRABUENA,
RUSSELL ABRAMS, TITAN CAPITAL GROUP
LLC, TITAN CAPITAL GROUP III, LP, and
TITAN CAPITAL GROUP III, LP EMPLOYEE
INCENTIVE PLAN,

                      Defendants.

20 Civ. 05174 (LLS)

ORDER

    The application of Jason J. Smith, Katherine V. Hynes, and Harold R. Burke, doing business as Smith Legacy Law LLC, to withdraw as counsel for Plaintiff, and for other relief, is granted.

    So ordered.

Dated:    New York, New York
             June 17, 2024

                                      Louis L. Stanton
                                      LOUIS L. STANTON
                                      U.S.D.J.