ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS ABRAMS,

Plaintiff,

v.

UY TRADING LTD. (10020400), UY TRADING LTD. (#10086420), SEP CONSULTING LTD., SANDRA PIEDRABUENA, RUSSELL ABRAMS, TITAN CAPITAL GROUP LLC, TITAN CAPITAL GROUP III, LP, and TITAN CAPITAL GROUP III, LP EMPLOYEE INCENTIVE PLAN,

Defendants.

20 Civ. 5174 (LLS)

ORDER

All active counsel on both sides of this case withdrew in June 2024, and there has been no activity or communication from the parties for over two years.

The case is dismissed for failure to prosecute.

The Clerk of Court is directed to close this case.

Dated: New York, New York
September 16, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.